FLORENCE PISANO, ET AL. v. RICHARD FOLEY, ET AL.

February 19, 1986.

Petition for certification granted.

STATE OF NEW JERSEY v. HAROLD SLOVER.

February 25, 1986.

Petition for certification granted, and the matter is summarily remanded to the trial court to reconsider the sentence in the light of the principles and process for consecutive sentencing outlined in *State v. Yarbough,* 100 *N.J.* 627 (1985).

JAMES KING, JR. v. NEW JERSEY RACING COMMISSION.

February 25, 1986.

Petition for certification granted. (See 205 *N.J.Super.* 411)